# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:

**Harry & David Holdings, Inc.**

Debtor.

Chapter 11

Case No. 11 – 10884 - MFW

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Assistant General Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent for GGP's related entities, hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed as follows:

Kristen N. Pate
GGP Limited Partnership, as Agent
110 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 960-2940
Fax: (312) 442-6374
E-Mail: ggpbk@ggp.com

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings. Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 28th day of March, 2011

                                               Respectfully submitted,

                                               /s/ Kristen N. Pate
                                               Kristen N. Pate
                                               Sr. Assistant General Counsel
                                               GGP Limited Partnership, as Agent
                                               110 N. Wacker Drive
                                               Chicago, IL 60606
                                               (312) 960-2940
                                               (312) 442-6374 (fax)

# CERTIFICATE OF SERVICE

To:

**Clerk**
**U.S. Bankruptcy Court**
3rd Floor – 824 North Market Street
Wilmington, DE 19801

**Daniel J. DeFranceschi**
**Paul Noble Heath**
**Zachary I Shapiro**
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
defranceschi@rlf.com
heath@rlf.com
shapiro@rlf.com

**United States Trustee**
844 King Street – Room 2207
Wilmington, DE 19899-0035


The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 28th day of March, 2011.


   /s/ Julie Minnick Bowden_____
Julie Minnick Bowden