UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Harry & David Holdings, Inc. | : | Case No. 11-10884 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K Street, NW, Washington DC 20005, Phone: 202-326-4070 ext. 3614, Fax: 202-842-2643

2. **Convergys Customer Management Group Inc.,** Attn: David R. Wiedwald, 201 East Fourth Street, Cincinnati OH 45202, Phone: 513-723-7830, Fax: 513-651-5180

3. **RR Donnelley**, Attn: Dan Pevonka, 3075 Highland Parkway, Downers Grove IL 60515, Phone: 630-322-6931, Fax: 630-322-6052

4. **American List Counsel Inc.**, Attn: Peter DeRosa, 4300 US Highway 1 CN-5219, Princeton NJ 08543, Phone: 609-580-2639, Fax: 609-580-2613

5. **Simon Property Group, Inc.**, Attn: Ronald M. Tucker, 225 W. Washington Street, Indianapolis IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

6. **Marich Confectionery Assoc.**, Attn: Roberty E. Bernosky, 2101 Bert Drive, Hollister CA 95023, Phone: 831-801-5823, Fax: 831-665-5703

7. **Wells Fargo, NA as Indenture Trustee for Senior Fixed Rate Notes**, Attn: James Lewis, 45 Broadway 12th Floor, New York, NY 10006, Phone: 212-515-5258, Fax: 866-524-4681


ROBERTA A. DEANGELIS
United States Trustee, Region 3


/s/Mark S. Kenney for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: April 7, 2011

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel J. DeFranceschi, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701