**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
HARRY & DAVID HOLDINGS, INC, *et al.*,[1] : Case No. 11-10884 (MFW)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2011 AT 10:30 A.M.

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT*

**I. CONTESTED MATTERS:**

1. Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Obtain Exit Financing, (C) Use Cash Collateral; and (D) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 17; filed 3/28/11]

    Objection Deadline: April 20, 2011 at 4:00 p.m.; extended to April 21, 2011 at 4:00 p.m. for Jones Lang LaSalle Americas, Inc., Federal Realty Investment Trust and the Official Committee of Unsecured Creditors

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216). The address of each of the Debtors is 2500 South Pacific Highway, Medford, OR 97501.

[2] **Amended items are noted in bold.**

Objections/Responses Received:

A. Limited Objection of Jones Lang LaSalle Americas, Inc. to the Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Obtain Exit Financing, (C) Use Cash Collateral; and (D) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 161; filed 4/21/11]

B. Joinder of Federal Realty Investment Trust to Limited Objection of Jones Lang LaSalle Americas, Inc. to the Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Obtain Exit Financing, (C) Use Cash Collateral; and (D) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 162; filed 4/21/11]

C. [REDACTED] Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Obtain Exit Financing, (C) Use Cash Collateral; and (D) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 166; filed 4/21/11]

D. [UNREDACTED] Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Obtain Exit Financing, (C) Use Cash Collateral; and (D) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief[3]

E. Debtors' Reply to Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving Post-Petition Financing [Docket No. 181; filed 4/25/11]

---

[3] This document has been filed under seal pursuant to Court order [Docket No. 236].

F.  Reply of the Ad Hoc Committee to the Objection of the Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion [Docket No. 238; filed 4/27/11]

Related Documents:

i.  Interim Order Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Use Cash Collateral and (C) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 60; filed 3/29/11]

ii. Notice of (1) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Use Cash Collateral and (C) File Related Fee Letters Under Seal; (II) Granting Liens and Super-priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief and (2) Final Hearing Thereon [Docket No. 64; filed 3/29/11]

iii. Notice of Filing of Proposed Final Order Pursuant to 11 U.S.C. §§ 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Use Cash Collateral and (C) File Related Fee Letters Under Seal; (II) Granting Liens and Super-Priority Claims; and (III) Granting Related Relief [Docket No. 165; filed 4/21/11]

Status: **The hearing on this matter is continued to May 10, 2011 at 9:30 a.m. (Eastern Daylight Time).**

2.  Motion of the Debtors for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs [Docket No. 67; filed 3/29/11]

    Objection Deadline: April 13, 2011 at 4:00 p.m.; extended to April 21, 2011 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Objections/Responses Received:

    A.  Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs [Docket No. 169; filed 4/21/11]

3

Status: **The hearing on this matter is continued to May 10, 2011 at 9:30 a.m. (Eastern Daylight Time).**

3. Motion of the Debtors for an Order (I) Authorizing Them to Distribute an Accredited Investor Questionnaire to Their Unsecured Creditors, (II) Approving Procedures Related Thereto and (III) Setting Rights Offering Record Date [Docket No. 115; filed 4/5/11]

    Objection Deadline: April 19, 2011 at 4:00 p.m.; extended to April 21, 2011 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Objections/Responses Received:

    A. Omnibus Objection by Official Committee of Unsecured Creditors to (A) Motion of the Debtors for an Order Approving and Assuming Backstop Stock Purchase Agreement and Fee and Indemnification Provisions Related Thereto and (B) Motion of the Debtors for an Order (I) Authorizing Them to Distribute an Accredited Investor Questionnaire to their Unsecured Creditors; (II) Approving Procedures Related Thereto and (III) Setting Rights Offering Record Date [Docket No. 164; filed 4/21/11]

    B. Reply of the Debtors to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Backstop Stock Purchase Agreement and Accredited Investor Procedures Motions [Docket No. 184; filed 4/25/11]

    C. Reply of the Ad Hoc Committee to the Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Backstop Assumption Motion and Accredited Investor Pre-Screening Motion [Docket No. 239; filed 4/27/11]

    Status: **The hearing on this matter is continued to May 10, 2011 at 9:30 a.m. (Eastern Daylight Time).**

4. Motion of the Debtors for an Order Approving and Assuming Backstop Stock Purchase Agreement and Fee and Indemnification Provisions Related Thereto [Docket No. 117; filed 4/5/11]

    Objection Deadline: April 19, 2011 at 4:00 p.m.; extended to April 21, 2011 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Objections/Responses Received:

A.  The Pension Benefit Guaranty Corporation's Response to Motion of the Debtors for an Order Approving and Assuming the Backstop Purchase Agreement and Fee and Indemnification Provisions Related Thereto [Docket No. 148; filed 4/20/11]

B.  Omnibus Objection by Official Committee of Unsecured Creditors to (A) Motion of the Debtors for an Order Approving and Assuming Backstop Stock Purchase Agreement and Fee and Indemnification Provisions Related Thereto and (B) Motion of the Debtors for an Order (I) Authorizing Them to Distribute an Accredited Investor Questionnaire to their Unsecured Creditors; (II) Approving Procedures Related Thereto and (III) Setting Rights Offering Record Date [Docket No. 164; filed 4/21/11]

C.  Reply of the Debtors to the Objection of the Official Committee of Unsecured Creditors to the Debtors' Backstop Stock Purchase Agreement and Accredited Investor Procedures Motions [Docket No. 184; filed 4/25/11]

D.  Reply of the Ad Hoc Committee to the Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Backstop Assumption Motion and Accredited Investor Pre-Screening Motion [Docket No. 239; filed 4/27/11]

Status: **The hearing on this matter is continued to May 10, 2011 at 9:30 a.m. (Eastern Daylight Time).**

| | |
|---|---|
| Dated: April 29, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Zachary I. Shapiro*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Tyler D. Semmelman (No. 5386)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>-and-<br><br>David G. Heiman<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br><br>Brad B. Erens<br>Timothy W. Hoffmann<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br><br>ATTORNEYS FOR DEBTORS |

RLF1 3993951v. 1