**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re : Chapter 11
:
HARRY & DAVID HOLDINGS, INC, *et al.*,[1] : Case No. 11-10884 (MFW)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF FILING OF TERM SHEET WITH RESPECT TO GLOBAL
SETTLEMENT AND WITHDRAWAL OF COMMITTEE OBJECTIONS**

PLEASE TAKE NOTICE that, on May 9, 2011, the above-captioned debtors (collectively, the "Debtors"), the ad hoc committee of certain holders of the Debtors' public notes (the "Ad Hoc Committee"), Wasserstein Partners LP and its affiliate Wasserstein & Co., LP., together with the funds managed by them ("Wasserstein"), and the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee," and together with the Debtors, the Ad Hoc Committee, and Wasserstein, the "Parties") entered into a *Term Sheet With Respect to Global Settlement and Withdrawal of Committee Objections* (the "Term Sheet").

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing a copy of the Term Sheet with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Term Sheet is attached hereto as Exhibit 1. Attached to the

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216). The address of each of the Debtors is 2500 South Pacific Highway, Medford, OR 97501.

RLF1 4006118v. 1

Term Sheet is (i) the Amended Plan Term Sheet[2] and (ii) a proposed order approving the DIP Financing Motion on a final basis, respectively.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Bankruptcy Court and all parties in interest, a blackline of the Amended Plan Term Sheet against the version filed on the Petition Date is attached hereto as <u>Exhibit 2</u>.

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Term Sheet to the Bankruptcy Court at the hearing scheduled for May 10, 2011 at 9:30 a.m. (Eastern Daylight Time).

---

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Term Sheet.

| | |
|---|---|
| Dated: May 9, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ *Zachary I. Shapiro*<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Tyler D. Semmelman (No. 5386)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>-and-<br><br>David G. Heiman<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-3939<br><br>Brad B. Erens<br>Timothy W. Hoffmann<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br><br>ATTORNEYS FOR DEBTORS |