**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| HARRY & DAVID HOLDINGS, INC, *et al.*,[1] | : | Case No. 11-10884 (MFW) |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 166** |

**NOTICE OF WITHDRAWAL OF OBJECTION [REDACTED] OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF THE DEBTORS FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. SECTIONS 105, 107, 361, 362, 363, 364 AND 507 AND RULES 2002, 4001, 9014 AND 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCINGS, (B) OBTAIN EXIT FINANCING, (C) USE CASH COLLATERAL; AND (D) FILE RELATED FEE LETTERS UNDER SEAL; (II) GRANTING LIENS AND SUPER-PRIORITY CLAIMS; (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on April 21, 2011, the official committee of unsecured creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") filed the *Objection [REDACTED] of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 107, 361, 362, 363, 364 and 507 and Rules 2002, 4001, 9014 and 9018 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Debtors to (A) Obtain Post-Petition Financings, (B) Obtain Exit Financing, (C) Use Cash Collateral; and (D) File Related Fee*

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216). The address of each of the Debtors is 2500 South Pacific Highway, Medford, Oregon 97501.

*Letters Under Seal; (II) Granting Liens and Super-Priority Claims; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* (the "DIP Objection") [Docket No. 166].

PLEASE TAKE FURTHER NOTICE that the Committee hereby withdraws the DIP Objection without prejudice.

Dated: May 10, 2011

**PACHULSKI STANG ZIEHL & JONES LLP**

Laura Davis Jones (Bar No. 2436)
Bradford J. Sandler (Bar No. 4142)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
bsandler@pszjlaw.com
pkeane@pszjlaw.com

and

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Thomas A. Pitta, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
Email: krosen@lowenstein.com
slevine@lowenstein.com
tpitta@lowenstein.com
nstefanelli@lowenstein.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors