# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Harry & David Holdings, Inc. | | |
| **Case Number:** | 11-10884-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MAY 10, 2011 09:30 AM CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## Matter:

Evidentiary Hearing - Cont'd from 5/2 at counsel's request

**R / M #:** 279 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
- Item 1 - Order due under Certification of Counsel
- Item 2 - Order entered
- Item 3 - Order entered
- Item 4 - Order entered