**GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMER
REGARDING DEBTORS' SCHEDULES AND STATEMENTS**

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed by Harry & David Holdings, Inc (Case No. 11-10884), Harry and David (Case No. 11-10885), Harry & David Operations, Inc. (Case No. 11-10886) and Bear Creek Orchards, Inc. (Case No. 11-10887), (collectively, the "Debtors") are unaudited and were prepared pursuant to section 521 of Title 11 of the United States Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by the Debtors' management. While the Debtors' management has made reasonable efforts to file complete and accurate Schedules and Statements based upon information available at the time of preparation, the Schedules and Statements remain subject to further review and verification by the Debtors. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtors reserve the right to amend their Schedules and Statements from time to time as may be necessary or appropriate. The Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1)    Description of the Cases and "As Of" Information Date. On, March 28, 2011 (the "Petition Date"), each Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' cases are jointly administered under case number 11-10884. The Debtors currently operate their businesses and possess their property as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code. Except as otherwise noted, all asset and liability information is as of March 26, 2011, the close of the Debtors' last business day prior to the Petition Date. The Debtors have made every reasonable effort to allocate liabilities between pre-Petition Date and post-Petition Date periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.

2)    Basis of Presentation. For financial reporting purposes, the Debtors prepare consolidated financial statements, which include financial information for Harry & David Holdings, Inc. and its direct and indirect subsidiaries. The Schedules and Statements are unaudited and reflect the Debtors' best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

3)    Causes of Action. Despite their reasonable efforts, as described above, the Debtors may not have set forth all of their claims, causes of actions and potential recoveries in their Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may possess, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

4)      Insiders.  The listing of a person or other entity as an "insider" in the Schedules and Statements is not intended to be nor should it be construed as a legal characterization of such person or other entity as an "insider", nor should it be construed as an admission that such person or other entity is an "insider", as defined in section 101(31) of the Bankruptcy Code or as otherwise defined by applicable law, including, without limitation, any state or federal securities law.  The Debtors reserve their right to dispute or challenge the designation of any individual or entity as an insider in connection with any other matter arising in the Debtors' chapter 11 cases.

5)      Personal Information.  The Debtors have not included addresses of current and former employees and directors in the Schedules and Statements.  In addition, the addresses of current and former employees have been redacted in certain instances to protect their privacy.

6)      Intellectual Property Rights.  The omission of certain intellectual property from the Schedules and Statements shall not be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property rights shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  In accordance with the foregoing, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights, regardless of whether such intellectual property rights are or are not listed in the Schedules and Statements.

7)      Summary of Significant Reporting Policies.  The Schedules and Statements have been signed by Paul Kosturos, Assistant Restructuring Officer for each of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Kosturos has necessarily relied upon the efforts, statements and representations of the Debtors' accounting and non-accounting personnel.  Mr. Kosturos has not personally verified the accuracy of each such statements and representations, including, but not limited to, statements and representations concerning amounts owed to creditors.  Each of the Debtors made reasonable efforts to accurately report asset, liability, disbursement and other information on its Statements and Schedules, and the Debtors adopted the following conventions in the preparation of the Schedules and Statements.

a.      Fair Market Value; Book Value.  Unless otherwise noted, the value of each asset and liability of a Debtor is shown on the basis of the book value of such asset or liability in the Debtors' accounting books and records.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  As a result, the value of the Debtors' assets and liabilities set forth on the Schedules and Statements may not always reflect the current market values of such property and/or liabilities.  The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

b.      Liabilities.  The Debtors have sought to allocate liabilities between the pre-Petition Date and post-Petition Date periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-Petition Date and post-Petition Date may change.  The Debtors also reserve the

right to alter the priority and allocation of liability to the extent additional information becomes available.

        c.    <u>Intercompany and Other Transfers</u>.  Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis.  As a result, the Schedules and Statements do not reflect intercompany activity or balances.  In addition, pursuant to the terms of the Debtors' prepetition cash management system, each of the individual Debtors' operating and payable accounts (to the extent a Debtor maintains an account) generally are consolidated and transferred into a general concentration account on regular intervals.  The details regarding these transactions are not provided in the Schedules and Statements.

        d.    <u>Real Property and Personal Property–Leased</u>.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including furniture, fixtures and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The property subject to leases is not reflected in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  The Debtors have made reasonable efforts to include lease payments on Schedule D (secured debt) to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to all such issues.

        e.    <u>Claims</u>.  Certain of the Debtors' Schedules and Statements list creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date.  The Bankruptcy Court has authorized the Debtors to, among other things:    (i) honor certain prepetition customer obligations; (ii) pay certain insurance financing premiums; (iii) pay prepetition amounts owed to certain potential lienholders; (iv) pay certain prepetition governmental obligations and taxes; (v) pay certain distribution network vendors; (vi) and pay certain prepetition workers compensation obligations.  As a result, the actual unpaid claims of creditors that ultimately may be allowed in these cases may differ from the amounts set forth in the Schedules and Statements.  The inclusion of any such amounts in the Schedules and Statements shall not be deemed to obligate the Debtors to pay such amounts.

        f.    <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit each of the <u>Debtors</u> to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or status.  Moreover, the Debtors reserve the right to amend its Schedules and Statements as necessary and appropriate.

        8)    <u>General Conventions Relating to the Schedules of Assets and Liabilities</u>.  The Debtors adopted the following conventions in connection with the preparation of the Schedules:

a.    Schedule B.  Amounts held in bank accounts are as of either March 25, 2011 or March 31, 2011, depending upon the availability of bank statements at the Debtors various depository institutions.

b.    Schedule D.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.  The descriptions provided on Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

c.    Schedule E.

(i)    Employee Claims.  The Bankruptcy Court entered an order authorizing the Debtors to pay prepetition employee wages, salaries, benefits and other obligations.  The Debtors employed approximately 1,950 employees as of the Petition Date.  Accordingly, the Debtors believe the vast majority of employee claims against the Debtors for prepetition amounts have been paid as of the time that the Schedules and Statements were prepared.  There may exist, however, certain employee claims for items not authorized to be paid by order of the Bankruptcy Court.  To the extent any of these claims exist, they have been included in the Schedules and Statements.  Due to time restraints and accounting limitations, employee claims are listed in the aggregate.  If necessary, the Debtors will provide claim information on an individual employee basis upon request.

(ii)    Prepetition Customer Programs.  The Bankruptcy Court entered an order granting the Debtors the authority to honor certain prepetition customer programs.  Accordingly, certain debts arising out of customer programs have not been included in the Schedules.  With respect to gift cards, there is no way for the Debtors to ascertain the identity of the holders of such gift cards or whether such cards are still in existence.  The Debtors estimate that as of the Petition Date no more than $5 million of gift cards were outstanding.  These amounts are not specifically identified on the Schedules.

d.    Schedule F.

(i)    Credits and Allowances.  The claims of individual creditors for, among other items, merchandise, goods, services or taxes have been recorded on the Schedules at the amounts listed in the Debtors' books and records and do not reflect credits or allowances due from such creditors.  The Debtors reserve all of their rights with respect to such credits and allowances.

(ii)     Deferred Liabilities.  Schedule F does not include certain deferred charges or deferred liabilities.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.

e.     Schedule G.    While reasonable efforts have been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may have occurred.   The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G and to amend or supplement such Schedule as necessary.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.   Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

f.     Schedule H.  Codefendants in litigation matters involving the Debtors are not listed in Schedule H.

9)     General Conventions Relating to the Statements of Financial Affairs.    The Debtors adopted the following conventions in connection with the preparation of the Statements.

a.     Statement 5.  The Debtors are unaware of any repossessions, foreclosures or returns other than returns of damaged or defective goods to vendors in the ordinary course of business.

b.     Statement 7.    The Debtors routinely donate products that may not otherwise be sold for charitable causes.  In the ordinary course of their businesses, the Debtors do not maintain records of these donations.

c.     Statement 13.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Setoff in the ordinary course can result from various items, including, but not limited to, pricing discrepancies, returns and other disputes between the Debtors' customers and their suppliers.  The Debtors generally do not account for these ordinary course setoffs and other similar rights separately, and therefore, these ordinary course setoffs and other similar rights are excluded from the Debtors' Schedules and Statements in most instances.

        d.    <u>Statement 19D</u>.   The Debtors provide various financial statements to parties for business, statutory, credit financing and other reasons .  Past recipients of financial statements include regulatory agencies, financial institutions, shareholders, investment banks, customers, vendors and other parties, as requested.  In the ordinary course of their businesses, the Debtors have not maintained records of the entities the Debtors have provided with financial statements.  In addition, Harry & David Holdings, Inc. prepares and files with the Securities and Exchange Commission (the "<u>SEC</u>") various forms (the "<u>SEC Filings</u>") pursuant to the Securities Exchange Act of 1934 and other applicable laws.  It is the practice of the Debtors to provide the SEC Filings to various parties, including, but not limited to lenders, vendors and other parties, or otherwise refer such parties to the SEC Filings.  In the ordinary course of their businesses, the Debtors have not maintained records of the parties that have requested or obtained copies of any SEC Filings.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

District Of Delaware

In re    Harry & David Holdings, Inc.                                ,
                    Debtor

Case No. 11-10884

Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $        0.00 | | |
| B - Personal Property | | 6 | $      10,000.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 2 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 10 | | $     206,575,153.03 | |
| G - Executory Contracts and Unexpired Leases | | 4 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $        N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $        N/A |
| TOTAL | | 25 | $      10,000.00 | $     206,575,153.03 | |

B6A (Official Form 6A) (04/10)

In re   **Harry & David Holdings, Inc.**                          ,          Case No.   **11-10884**
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (04/10)

In re  Harry & David Holdings, Inc.                                  ,          Case No.  11-10884
                           **Debtor**                                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or coopratives. | | SEE ATTACHED RIDER | | $10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | SEE ATTACHED RIDER | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                    ,          Case No. **11-10884**
                    **Debtor**                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | HARRY AND DAVID - 100% OWNERSHIP | | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

**B6B (Official Form 6B) (04/10) – Cont.**

In re  **Harry & David Holdings, Inc.**                    ,          Case No. **11-10884**
          **Debtor**                                                        **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | VARIOUS TAX REFUNDS | | Undetermined |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                     ,          Case No. **11-10884**
                      **Debtor**                                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____3_____ continuation sheets attached    Total ▶ | | $ 10,000.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**In Re: Harry & David Holdings, Inc.**
**Case No: 11-10884**
Exhibit B2
Personal Property - Checking, saving or other financial accounts

| Institution Address | Account Number | Description | Balance |
|---|---|---|---|
| Key Bank<br>975 Oak St<br>Eugene, OR 97401 | x3452 | Taxes Account | $5,000 |
| Key Bank<br>975 Oak St<br>Eugene, OR 97401 | x7867 | Options Account | $5,000 |
| | | | $10,000 |

**In Re: Harry & David Holdings, Inc.**
**Case No: 11-10884**
Rider B9
Personal Property - Interests in insurance policies

| Insurer | Insurance Type | Policy Number(s) | Net Book Value |
|---|---|---|---|
| Allianz (AGCS Marine) | Cargo / Stock Through Put | OC96236700 | UNDETERMINED |
| Allianz (AGCS) | Property / Boiler | CLP 3011933 | UNDETERMINED |
| Chartis (Commerce & Industry Ins. Co) | Umbrella | BE20000491 | UNDETERMINED |
| Chartis (National Union Fire Ins. Co.) | Automobile | 3374091 | UNDETERMINED |
| Chartis (National Union Fire Ins. Co.) | Crime | 19380678 | UNDETERMINED |
| Chartis (National Union Fire Ins. Co.) | Excess Cyber Liability | 01-245-63-46 | UNDETERMINED |
| Chartis (National Union Fire Ins. Co.) | General Liability | 3453520 | UNDETERMINED |
| Chartis (National Union Fire Ins. Co.) | Liquor Liability | GL3453521 | UNDETERMINED |
| CNA (Continental Casualty) | Excess Umbrella | L4024226797 | UNDETERMINED |
| CNA (Continental Casualty) | Foreign Liability | PST295900553 | UNDETERMINED |
| Crum & Forster Specialty Ins. Company | Products Recall | 100401 | UNDETERMINED |
| Liberty Mutual Fire Insurance Co. | Workers' Compensation and Employer's Liability | WC2661065865019 | UNDETERMINED |
| Lloyds Syndicate (Beazley) | Cyber Liability | W15LWO100501 | UNDETERMINED |
| SAIF Corporation | Workers' Compensation and Employer's Liability | 965259; 965263; 965261 | UNDETERMINED |
| Subscribing Cos. Of Global Aerospace | Aviation | 16000492 | UNDETERMINED |
| U.S. Specialty Insurance Company | Special Risk Protection | U709-85467 | UNDETERMINED |

B6D (Official Form 6D) (04/10)

In re   **Harry & David Holdings, Inc.**                      ,         Case No. **11-10884**
                                                    **Debtor**                                                                           **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GMAC COMMERCIAL FINANCE LLC<br>1290 AVENUE OF THE AMERICAS<br>3RD FLOOR<br>NEW YORK, NY 10104 | | | UCC LIEN CLAIM(S)<br><br><br>VALUE $ | X | X | X | Unknown | Unknown |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

  0   continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ 0.00 | $0.00 |
| Total ▶<br>(Use only on last page) | $ 0.00 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re   __Harry & David Holdings, Inc._____,          Case No. __11-10884_____
                        **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[x]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (04/10) – Cont.**

In re  Harry & David Holdings, Inc.                    ,                    Case No. 11-10884
             **Debtor**                                                                              **(if known)**

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

 _0_  **continuation sheets attached**

B6F (Official Form 6F) (04/10)

In re   Harry & David Holdings, Inc.                      ,                    Case No. 11-10884
_____
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  AHMED, IKE  ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.  AUGUST, ADAM  ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.  BANC OF AMERICA SERCIVES LLC  60 CENTER ROAD  MILFORD, NH 03055 | | | POTENTIAL CLAIM RELATING TO GUARANTEE UNDER BILL ME LATER PROGRAM | X | X | | Unknown |
| ACCOUNT NO.  BEAR CREEK ORCHARDS, INC.  2500 S PACIFIC HWY  MEDFORD, OR 97501 | | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON 2012 AND 2013 NOTES | X | X | | Unknown |

Subtotal ▶   $ 0.00

_9_ continuation sheets attached

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re   **Harry & David Holdings, Inc.**_____,        Case No.___**11-10884**_____
                          Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHANG, LISA<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>COLLINS, BENJAMIN<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>DE MARIA, DOMINIC<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>DOW, STEPHEN C.<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>DREW REIFENBERGER<br>ADDRESS ON FILE | | | EMPLOYEE MATTER CASE NO: 1:11-CV-0263 TCB | X | X | X | Unknown |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                    ,        Case No.   **11-10884**
          **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DUNLAP, EDWARD F. <br> ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO. <br> DUNN, JEFFERSON B. <br> ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO. <br> FAIRBANKS, DAVID <br> ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO. <br> FORSYTHE, THOMAS S. <br> ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO. <br> GARRISON, LARRY F. <br> ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |

Sheet no. _2_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                          ,              Case No.  **11-10884**
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HARRY & DAVID OPERATIONS, INC.<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON 2012 AND 2013 NOTES | X | X | | Unknown |
| ACCOUNT NO.<br><br>HARRY & DAVID OPERATIONS, INC.<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | | | CO-DEFENDANT CASE NO: 11CECG00963 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>HARRY AND DAVID<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | | | CO-DEFENDANT CASE NO: 11-3039-PA | X | X | X | Unknown |
| ACCOUNT NO.<br><br>HARRY AND DAVID<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | | | CO-DEFENDANT CASE NO: 11CECG00963 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>HARRY AND DAVID<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON 2012 AND 2013 NOTES | X | X | | Unknown |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                    ,          Case No.  **11-10884**
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HEYER, STEVEN J. ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.  HUCKABEE, TONY ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.  HUDDLESTON, SCOTT E. ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.  JOSEPH P. FOLEY ADDRESS ON FILE | | | EMPLOYEE MATTER CASE NO: 11-3039-PA | X | X | X | Unknown |
| ACCOUNT NO.  KLEIN, ROSS A. ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |

Sheet no.  _4_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                         ,          Case No.   **11-10884**
                              **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KRATZ, PETER D.<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>LINDSAY, BETH<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>LITTLETON, PHILIP K.<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>MIDDLETON, DANON<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>NASH, DOUGLAS G.<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |

Sheet no.  _5_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                              ,          Case No.   **11-10884**
                           **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NOLAN, MICHAEL<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br>POULSON, STEVEN<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br>ROESLER, STEVE E.<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br>SIMON, GAIL<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br>STEVEN G. TRAPP<br>ADDRESS ON FILE | | | EMPLOYEE MATTER CASE NO: 100031023S | X | X | X | Unknown |

Sheet no.  _6_of_9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.** ,          Case No.  **11-10884**
                                    **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA DISTRICT ATTORNEY, COUNTY OF FRESNO ELIZABETH EGAN AND EDWARD BROWNE 929 L. ST. FRESNO, CA 93721 | | | LITIGATION CASE NO: 11CECG00963 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA DISTRICT ATTORNEY, COUNTY OF SACRAMENTO JAN SCULLY AND RUTH YOUNT 906 G ST., SUITE 700 SACRAMENTO, CA 95814 | | | LITIGATION CASE NO: 11CECG00963 | X | X | X | Unknown |
| ACCOUNT NO.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA DISTRICT ATTORNEY, COUNTY OF YOLO JEFF W. REISIG AND LAWRENCE BARLLY 301 SECOND ST. WOODLAND, CA 95695 | | | LITIGATION CASE NO: 11CECG00963 | X | X | X | Unknown |

Sheet no.  _7_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                              ,          Case No.   **11-10884**
_____
                    **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TIAN, YONG<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>WATSON, MELISSA<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO.<br><br>WELLS FARGO BANK, N.A.<br>CORPORATE TRUST SERVICES<br>45 BROADWAY<br>14TH FLOOR<br>NEW YORK, NY 10006 | | | GUARANTEE ON 2012 AND 2013 NOTES | X | X | | $206,575,153.03 |
| ACCOUNT NO.<br><br>WILCOX, GWENE<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |

Sheet no.  _8_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 206,575,153.03

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (04/10) – Cont.

In re  **Harry & David Holdings, Inc.**                    ,                                    Case No.   **11-10884**
_____
                        **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILSON, GREGG A.<br>ADDRESS ON FILE | | | POTENTIAL STOCK OPTION CLAIM | X | X | | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __9_ of _9_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $ 206,575,153.03
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (04/10)

In re   **Harry & David Holdings, Inc.**                        ,          Case No.   **11-10884**
              **Debtor**                                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ABLECO FINANCE LLC<br>299 PARK AVENUE, 23RD FLOOR<br>NEW YORK, NY 10171 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 3/18/2011 |
| AC LORDI CONSULTING, INC.<br>C/O LAW DEPARTMENT<br>1025 ANDREW DR<br>WEST CHESTER, PA 19380 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 10/27/2009 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC<br>100 PINE ST., SUITE 900<br>SAN FRANCISCO, CA 94111 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 1/29/2011 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC<br>100 PINE ST., SUITE 900<br>SAN FRANCISCO, CA 94111 | INDEMNIFICATION AGREEMENT<br>CONTRACT START DATE: 1/29/2011 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC<br>100 PINE ST., SUITE 900<br>SAN FRANCISCO, CA 94111 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 2/18/2011 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC<br>100 PINE ST., SUITE 900<br>SAN FRANCISCO, CA 94111 | INDEMNIFICATION AGREEMENT<br>CONTRACT START DATE: 2/18/2011 |

B6G (Official Form 6G) (04/10) – Cont.

In re   Harry & David Holdings, Inc.                    ,          Case No.   11-10884
                    Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN EXPRESS CORPORATE SERVICES AESC-P 20022 NORTH 31ST AVENUE, MAIL CODE AZ-08-03-11 PHOENIX, AZ 85027 | FINANCE AGREEMENT CONTRACT START DATE: 3/16/2009 CONTRACT END DATE: EVERGREEN |
| ANNABELLE BREAKEY PHOTGRAPHY 1588 INDIANA ST #4 SAN FRANCISCO, CA 94107 | PHOTOGRAPHY AGREEMENT CONTRACT START DATE: 5/19/2007 |
| BANK OF AMERICA N.A. (FKA FIRST DATA SERVICES LLC) BANK OF AMERICA N.A. P. O. BOX 6700 HAGERSTOWN, MD 21742 | GUARANTY AGREEMENT CONTRACT START DATE: 7/30/2009 |
| CHARTIS (NATIONAL UNION FIRE INS. CO.) NATIONAL UNTION FIRE INSURANCE COMPANY OF PITTSBURGH, PA 175 WATER STREET NEW YORK, NY 10038 | INSURANCE AGREEMENT CONTRACT START DATE: 6/15/2010 CONTRACT END DATE: 6/15/2011 |
| CHARTIS (NATIONAL UNION FIRE INS. CO.) NATIONAL UNTION FIRE INSURANCE COMPANY OF PITTSBURGH, PA 175 WATER STREET NEW YORK, NY 10038 | INSURANCE AGREEMENT CONTRACT START DATE: 6/15/2010 CONTRACT END DATE: 3/28/2017 |
| COMMISSION JUNCTION, INC. 530 EAST MONTECITO ST SANTA BARBARA, CA 93103 | SERVICE AGREEMENT CONTRACT START DATE: 6/24/2010 CONTRACT END DATE: 6/24/2012 |
| COREY LESH STUDIO 2325 3RD STREET #403 SAN FRANCISCO, CA 94107 | PHOTOGRAPHY AGREEMENT CONTRACT START DATE: 11/9/2010 |

B6G (Official Form 6G) (04/10) – Cont.

In re  __Harry & David Holdings, Inc._____,          Case No.  __11-10884_____
                                    **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LISA KEENAN PHOTOGRAPHY<br>PO BOX 271<br>CLAYTON, CA 94517 | PHOTOGRAPHY AGREEMENT<br>CONTRACT START DATE: 5/16/2010 |
| MARSH USA INC.<br>MARSH USA INC<br>111 SW COLUMBIA<br>PORTLAND, OR 97201 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 4/15/2010 |
| MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC<br>ATTN: GENERAL COUNSEL<br>55 EAST 52ND ST.<br>NEW YORK, NY 10055 | SERVICE AGREEMENT<br>CONTRACT START DATE: 3/7/2011<br>CONTRACT END DATE: 12/31/2012 |
| MOSS ADAMS LLP<br>221 STEWART AVENUE<br>SUITE 301<br>MEDFORD, OR 97501 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 7/30/2009<br>CONTRACT END DATE: EVERGREEN |
| PRICEWATERHOUSECOOPERS LLP<br>1300 SW FIFTH AVE.<br>SUITE 3100<br>PORTLAND, OR 97201 | SERVICE AGREEMENT<br>CONTRACT START DATE: 10/18/2006<br>CONTRACT END DATE: EVERGREEN |
| PRICEWATERHOUSECOOPERS LLP<br>1420 FIFTH AVE<br>SUITE 1900<br>SEATTLE, WA 98101-4043 | CONSULTING AGREEMENT<br>CONTRACT START DATE: 2/12/2011<br>CONTRACT END DATE: 9/30/2011 |
| ROTHSCHILD INC.<br>ATTN: NEIL A. AUGUSTINE<br>1251 AVENUE OF THE AMERICAS 51ST FLOOR<br>NEW YORK, NY 10020 | SERVICE AGREEMENT<br>CONTRACT START DATE: 12/17/2010 |

B6G (Official Form 6G) (04/10) – Cont.

In re   **Harry & David Holdings, Inc.**                      ,          Case No.  **11-10884**
_____              _____
             **Debtor**                                                      **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RR DONNELLEY & SONS PUBLISHING & RETAIL SERVICES 10800 NE 8TH STREET, SUITE 800 BELLEVUE, WA 98004 | OTHER AGREEMENT CONTRACT START DATE: 2/22/2011 CONTRACT END DATE: 6/30/2012 |
| SARD VERBINNEN & CO. LLC 630 THIRD AVENUE NEW YORK, NY 10017 | SERVICE AGREEMENT CONTRACT START DATE: 1/18/2011 |
| STROOCK & STROOCK & LAVAN LLP ATTN:  KRISTOPHER M. HANSEN 180 MAIDEN LANE NEW YORK, NY 10038-4982 | OTHER AGREEMENT CONTRACT START DATE: 1/21/2011 |
| THE GARDEN CITY GROUP, INC. ATTN:  DAVID ISAAC, CEO 105 MAXESS RD MELVILLE, NY 11747-3836 | CONSULTING AGREEMENT CONTRACT START DATE: 2/17/2011 |
| TOWERS WATSON (FORMERLY TOWERS, PERRIN, FORSTER, & CROSBY, INC.) 1191 SECOND AVENUE, SUITE 1400 SEATTLE, WA 98101 | CONSULTING AGREEMENT CONTRACT START DATE: 5/1/2009 CONTRACT END DATE: 4/30/2012 |
| US SPECIALTY INSURANCE COMPANY 13403 NORTHWEST FREEWAY HOUSTON, TX 77040 | INSURANCE AGREEMENT CONTRACT START DATE: 10/15/2009 CONTRACT END DATE: 10/15/2012 |
| XL SPECIALTY INSURANCE COMPANY 70 SEAVIEW AVE STAMFORD, CT 06902 | INSURANCE AGREEMENT CONTRACT START DATE: 3/28/2011 CONTRACT END DATE: 3/28/2016 |

**B6H (Official Form 6H) (04/10)**

In re   **Harry & David Holdings, Inc.**                    ,              Case No.   **11-10884**
                  **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BEAR CREEK ORCHARDS, INC.<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | WELLS FARGO BANK, N.A.<br>CORPORATE TRUST SERVICES<br>45 BROADWAY 14TH FLOOR<br>NEW YORK, NY 10006 |
| HARRY & DAVID OPERATIONS, INC.<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | BANC OF AMERICA SERVICES LLC<br>60 CENTER ROAD<br>MILFORD, NH 03055 |
| HARRY & DAVID OPERATIONS, INC.<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | WELLS FARGO BANK, N.A.<br>CORPORATE TRUST SERVICES<br>45 BROADWAY 14TH FLOOR<br>NEW YORK, NY 10006 |
| HARRY AND DAVID<br>2500 S PACIFIC HWY<br>MEDFORD, OR 97501 | WELLS FARGO BANK, N.A.<br>CORPORATE TRUST SERVICES<br>45 BROADWAY 14TH FLOOR<br>NEW YORK, NY 10006 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re : HARRY & DAVID HOLDINGS, INC                                    Case No. 11-10884 (MFW)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                                            Debtor


Date _____          Signature: _____
                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

......................................................................................................................................................

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.


_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              *( Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address


X _____          _____
Signature of Bankruptcy Petition Preparer                    Date


Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
......................................................................................................................................................

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the <u>Assistant Restructuring Officer</u> [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the <u>Corporation</u> [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 26 sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date____5/10/2011_____          Signature: _____/s/ Paul Kosturos_____


                                        Paul Kosturos – Assistant Restructuring Officer
                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
......................................................................................................................................................

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*