UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re : Chapter 11
:
HARRY & DAVID HOLDINGS, INC, et al.,[1] : Case No. 11-10884 (MFW)
:
Debtors. : (Jointly Administered)
:
: Re: Docket No. 278
------------------------------------------------------------x

### AGREED SCHEDULING ORDER RELATING TO DEBTORS' MOTION FOR AN ORDER (A) DETERMINING THAT THE FINANCIAL REQUIREMENTS FOR A DISTRESS TERMINATION OF THEIR DEFINED BENEFIT PENSION PLAN ARE SATISFIED; AND (B) APPROVING A DISTRESS TERMINATION OF THE PENSION PLAN

In connection with the above captioned debtors' (the "Debtors") Motion for an Order (A) Determining that the Financial Requirements for a Distress Termination of their Defined Benefit Pension Plan are Satisfied; and (B) Approving a Distress Termination of the Pension Plan [Docket No. 278] (the "Distress Termination Motion"), the Debtors and the Pension Benefit Guaranty Corporation (the "PBGC") having informed the Court at the May 26, 2011 telephonic scheduling conference regarding Distress Termination Motion that the parties have agreed to the following scheduling order (the "Scheduling Order") with respect to the Distress Termination Motion; and after due deliberation and sufficient cause appearing therefore,

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

1. The deadline for the PBGC to serve written discovery on the Debtors or any third party shall be June 3, 2011.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216). The address of each of the Debtors is 2500 South Pacific Highway, Medford, Oregon 97501.

2. The deadline for the PBGC to file a response to the Distress Termination Motion shall be June 7, 2011.

3. The deadline for the Debtors to serve written discovery shall be June 10, 2011.

4. The deadline for the Debtors and any third parties to respond to the PBGC's written discovery shall be June 24, 2011.

5. The deadline for the PBGC to respond to the Debtors' written discovery shall be June 24, 2011.

6. Any depositions shall be taken and conclude between June 27, 2011 and July 8, 2011.

7. The deadline for the PBGC to file a supplemental response to the Distress Termination Motion shall be July 13, 2011.

8. The deadline for the Debtors to file a reply to the PBGC's supplemental response to the Distress Termination Motion shall be July 18, 2011.

9. The evidentiary hearing on the Distress Termination Motion shall commence on July 22, 2011 at 9:30 a.m. EDT (the "Hearing Date").

10. Not later than seven days before the Hearing Date, the parties shall:

   (a) File and exchange witness lists, including a brief summary of the anticipated testimony from each witness.

   (b) Exchange and provide to the Court, but not file, copies of all exhibits.

Dated: June 8, 2011
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

RLF1 4052763v. 1