# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Harry & David Operations, Inc.</u>  Case No. <u>11-10886(MFW)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Chapter Capital Management, LLC</u> | <u>Moonstruck Chocolate Company</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Chapter Capital Management, LLC
200 Business Park Drive, Suite 306
Armonk, New York 10504
Phone: <u>(914) 219-5380</u>

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

Moonstruck Chocolate Company
6600 N. Baltimore Avenue
Portland, OR 97203
Phone: <u>(503) 943-2855</u>
Court Claim # (if known)_____
Amount of Claim: <u>$72,332.10</u>
Date Claim Filed:

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  Date: <u>6/23/2011</u>
Peter Coviello
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

# EVIDENCE OF TRANSFER OF CLAIM

Moonstruck Chocolate Company its successors and assigns (collectively, the "Seller"), for good and valuable consideration, hereby absolutely and unconditionally sells, transfers and assigns to Chapter Capital Management, L.L.C. its successors and assigns (collectively, the "Buyer"), all rights, title and interest in and to all claims of Seller (collectively, the "Claim") against Harry & David Operations, Inc. (the "Debtor") in the aggregate amount of $72,332.10 as stated in any proofs of claim filed by or on behalf of Seller and the schedules of the Debtor, debtor in bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware, case number 11-10886, or any other court with jurisdiction.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Buyer as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 22 day of JUNE 2011.

(Seller)
**Moonstruck Chocolate Company**

By: _Daniel Hossley_
Name: DANIEL HOSSLEY
Title: CEO

(Buyer)
**Chapter Capital Management, L.L.C.**

By: _[signature]_
Name: Peter Caviello
Title: Managing Member

(Seller)
WITNESS:
By: _Andrea Welke_
Name: ANDREA WELKE
Title: CONTROLLER