

To: Unsecured Creditors of Harry & David Holdings, Inc., *et al.*

Re: Harry & David Holdings, Inc., *et al.* (Case No. 06-25454)
United States Bankruptcy Court for the District of Delaware

The official committee of unsecured creditors (the "Committee") of Harry & David Holdings, Inc. and its affiliated debtors and debtors-in-possession (collectively, "Harry & David" or the "Debtors") write to recommend your acceptance of the Debtors' First Amended Joint Plan of Reorganization (the "Plan") that you have received together with this correspondence. The disclosure statement that accompanies the Plan (the "Disclosure Statement") contains detailed information regarding Harry & David and the bankruptcy case. The decision to accept or reject the Plan is yours individually. You should base your decision upon all of the information contained in the Plan and Disclosure Statement, and we urge you to read these documents carefully before making a decision.

The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in District of Delaware on March 28, 2011. On April 7, 2011, the Office of the United States Trustee appointed the Committee to represent the interests of the unsecured creditors of the Debtors.

During the course of the bankruptcy cases, the Committee has worked closely with the Debtors and an *ad hoc* group of holders that own the vast majority of the Debtors' public notes (the "*Ad Hoc* Committee") to reach agreement on the Plan. The basis for the Plan is the investment by the members of the *Ad Hoc* Committee of up to $55 million through a rights offering in exchange for approximately 73% of the shares of the reorganized Debtors. The remaining shares of the reorganized Debtors will be distributed to the Debtors' prepetition noteholders in payment for their claims under the notes, and to the Pension Benefit Guaranty Corporation in payment for claims arising out of the proposed termination of the Debtors' pension plan.

General unsecured creditors, *e.g.* holders of trade, lease and contract rejection and similar claims, will receive cash payments from the reorganized Debtors totaling 10% (plus interest) of their claims over a period of two to three years following confirmation of the Plan. The Committee believes that this fixed cash distribution is a significant improvement over the proposed *pro rata* distribution of a limited amount of shares of the reorganized Debtors that had been proposed at the commencement of the bankruptcy cases. The Committee also believes that the Plan allows Harry & David to achieve significant cost savings that will create a greater likelihood for success following emergence from chapter 11.

You should review the Disclosure Statement and Plan carefully. The Plan is the product of significant investigation and extensive arms-length discussions and negotiations between the Committee, the Debtors and others. The Committee believes that the Plan provides a treatment of your claim that is fair and equitable and therefore supports the Debtors' efforts to obtain approval of the Plan. ***The Committee urges you to vote to accept the Plan***.

It is the Committee's view that the Plan benefits the holders of general unsecured claims. The voting deadline is **August      2011 at 5:00 p.m. (prevailing Eastern Time)**. Please complete and submit your ballots in accordance with the instructions contained in the solicitation package so that they are received not later than this deadline.

    Sincerely,

    Official Committee of Unsecured Creditors
    of Harry & David Holdings, Inc.