## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11
                                              :
HARRY & DAVID HOLDINGS, INC, et al.,[1]       :   Case No. 11-10884 (MFW)
                                              :
              Debtors.                        :   (Jointly Administered)
                                              :
-------------------------------------------------------------x
```

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 24, 2011 AT 2:00 P.M.[3]

### I.    WITHDRAWN MATTER:

1.    Motion of Bellevue Square, LLC for Relief from Stay to Exercise Landlord's Termination Option [Docket No. 417; filed 6/6/11]

Objection Deadline:  June 17, 2011 at 4:00 p.m.

Objection/Responses Received:  None at this time.

Related Documents:

i.    Notice of Withdrawal of Motion of Bellevue Square, LLC for Relief from Stay to Exercise Landlord's Termination Option [Docket No. 443; filed 6/13/11]

Status:  On June 13, 2011, Bellevue Square, LLC filed a notice of withdrawal thereby withdrawing their motion.  Accordingly, no hearing is necessary.

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216).  The address of each of the Debtors is 2500 South Pacific Highway, Medford, OR 97501.

[2]    **Amended agenda items appear in bold.**

[3]    The hearing will be held before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801. Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) prior to the hearing.

## II. UNCONTESTED MATTER UNDER CERTIFICATE OF NO OBJECTION:

2. Application of the Debtors and Debtors in Possession for an Order (A) Authorizing Them to Retain and Employ PricewaterhouseCoopers LLP as Independent Auditor and Accountant, *Nunc Pro Tunc* March 28, 2011 and (B) Granting a Waiver of Local Bankruptcy Rule 2016-2(d) [Docket No. 428; filed 6/7/11]

   Objection Deadline:  June 17, 2011 at 4:00 p.m.

   Objections/Responses Received:  None at this time.

   Related Documents:

   i. Certificate of No Objection Regarding Application of the Debtors and Debtors in Possession for an Order (A) Authorizing Them to Retain and Employ PricewaterhouseCoopers LLP as Independent Auditor and Accountant, *Nunc Pro Tunc* March 28, 2011 and (B) Granting a Waiver of Local Bankruptcy Rule 2016-2(d) [Docket No. 463; filed 6/21/11]

   ii. **Order (A) Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Independent Auditor and Accountant, *Nunc Pro Tunc* March 28, 2011 and (B) Waiving Local Bankruptcy Rule 2016-2(d) [Docket No. 479; filed 6/23/11]**

   Status: **On June 23, 2011, the Court entered an order approving this application.  Accordingly, no hearing on this application is necessary.**

## III. STATUS CONFERENCE GOING FORWARD:

3. Motion of Debtors for an Order Determining the Amount of the Claim of the PBGC for the Purpose of Participating in the Debtors' Rights Offering [Docket No. 430; filed 6/7/11]

   Objection Deadline:   June 17, 2011 at 4:00 p.m.

   Objections/Responses Received:

   A. Objection of the Pension Benefit Guaranty Corporation to the Debtors' Motion for an Order Determining the Amount of the Claim of the Pension Benefit Guaranty Corporation for the Purpose of Participating in the Debtors' Rights Offering [Docket No. 456; filed 6/17/11]

   B. Notice of Filing of Debtors' Proposed Discovery and Hearing Schedule Relating to Motion of Debtors for an Order Determining the Amount of the Claim of the PBGC for the Purpose of Participating in the Debtors' Rights Offering [Docket No. 471; filed 6/22/11]

C.     **Pension Benefit Guaranty Corporation's Objection to Proposed Discovery and Hearing Scheduled Relating to Motion of Debtors for an Order Determining the Amount of the Claim of the PBGC for the Purpose of Participating in the Debtors' Rights Offering [Docket No. 490; filed 6/23/11]**

Status: The hearing on this motion will go forward as a status conference only. On June 22, 2011, the Debtors filed a proposed schedule regarding this motion that will schedule the full hearing on this motion for the omnibus hearing scheduled for July 26, 2011 at 10:30 a.m. (EDT) and provide for a discovery and briefing schedule with respect to such motion (**the "Proposed Schedule"**). **On June 23, 2011, the Pension Benefit Guaranty Corporation objected to the Proposed Schedule.**

## IV.    CONTESTED MATTER GOING FORWARD:

4.    Motion of Debtors for an Order Approving (I) the Disclosure Statement with Respect to the Debtors' Plan of Reorganization, (II) the Notice of Disclosure Statement Hearing, (III) Procedures for the Solicitation of Votes on the Plan, (IV) Procedures for Participating in the Rights Offering and Approval of the Subscription Agreement Related Thereto, and (V) Certain Related Relief [Docket No. 415; filed 6/3/11]

Objection Deadline for Disclosure Statement: June 16, 2011 at 4:00 p.m.

Objection Deadline for Solicitation Procedures: June 17, 2011 at 4:00 p.m.

Objections/Responses Received:

A.    Limited Objection of Silver Sands Joint Venture Partners to Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 423; filed 6/7/11]

B.    The Taubman Landlords' Joinder in the Limited Objection of Silver Sands Joint Venture Partners to the Proposed Disclosure Statement for the Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 433; filed 6/8/11]

C.    Treasurer of Douglas County, Colorado's Objections to the Adequacy of the May 18, 2011 Disclosure Statement [Docket No. 450; filed 6/15/11]

D.      Objection of the Pension Benefit Guaranty Corporation to the Debtors' Motion for an Order Approving (I) the Disclosure Statement with Respect to the Debtors' Plan of Reorganization, (II) the Notice of Disclosure Statement Hearing, (III) Procedures for the Solicitation of Votes on the Plan, (IV) Procedures for Participating in the Rights Offering and Approval of the Subscription Agreement Related Thereto, and (V) Certain Related Relief [Docket No. 453; filed 6/16/11]

E.      Response of the Debtors to Objections to the Debtors' Disclosure Statement [Docket No. 469; filed 6/21/11]

**F.      Treasurer of Douglas County, Colorado's Objections to the Adequacy of the June 21, 2011 Disclosure Statement in Support of the June 21, 2011 First Amended Joint Plan of Reorganization [Docket No. 492; filed 6/23/11]**

Related Documents:

i.      Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 347; filed 5/18/11]

ii.      Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 348; filed 5/18/11]

      a.      Notice of Filing of "Exhibit II - VII" to Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 429; filed 6/7/11]

iii.      Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Joint Plan of Reorganization for Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 349; filed 5/18/11]

iv.      First Amended Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 466; filed 6/21/11]

v.      Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the First Amended Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 467; filed 6/21/11]

vi.      Notice of Filing of Certain Plan Related Documents [Docket No. 468; filed 6/21/11]

vii. **Letter of the Official Committee of Unsecured Creditors in Support of the Debtors' First Amended Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 499; filed 6/23/11]**

viii. **Second Notice of Filing of Certain Plan Related Documents [Docket No. 500; filed 6/23/11]**

ix. **Second Amended Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 503; filed 6/24/11]**

x. **Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Second Amended Joint Plan of Reorganization of Harry & David Holdings, Inc. and its Debtor Subsidiaries [Docket No. 504; filed 6/24/11]**

xi. **Notice of Filing of Blacklines of (I) Second Amended Plan and (II) Disclosure Statement for Second Amended Plan [Docket No. 505; filed 6/24/11]**

Status: **The Debtors believe that the additional language added to the second amended plan and the second amended disclosure statement resolves each objection to such disclosure statement except for the objections filed by the Treasurer of Douglas County, Colorado. Accordingly, the hearing on approval of the second amended disclosure statement will go forward on a contested basis.**

Dated:  June 24, 2011         Respectfully submitted,
       Wilmington, Delaware

        _/s/ Zachary I. Shapiro_____
        Daniel J. DeFranceschi (No. 2732)
        Paul N. Heath (No. 3704)
        Zachary I. Shapiro (No. 5103)
        Tyler D. Semmelman (No. 5386)
        RICHARDS, LAYTON & FINGER, P.A.
        920 N. King Street
        Wilmington, Delaware  19801
        Telephone:  (302) 651-7700

            -and-

        David G. Heiman
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, Ohio  44114
        Telephone:  (216) 586-3939

        Brad B. Erens
        Timothy W. Hoffmann
        JONES DAY
        77 West Wacker
        Chicago, Illinois  60601
        Telephone:  (312) 782-3939

        ATTORNEYS FOR DEBTORS

RLF1 4077598v. 2