# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Harry & David Holdings, Inc. |
| **Case Number:** | 11-10884-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JUNE 24, 2011 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | JUDY FISHER |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Omnibus

**R / M #:**   0 / 0

## *Appearances:*

See attached sign in sheet

## *Proceedings:*

Item #1 Withdrawn
Item #2 Order Entered
Item #3 under advisement list
Item #4 Disclosure statement-order entered