## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
HARRY & DAVID HOLDINGS, INC, *et al.,*                       :    Case No. 11-10884 (MFW)
                                                             :
                       Debtors.                              :    (Jointly Administered)
                                                             :
-----------------------------------------------------------x
```

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Centerville Pie Company** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| | |
| **Contrarian Funds, LLC** | **Centerville Pie Company** |
| 411 West Putnam Ave., Ste. 425 | 1671 Falmouth Rd, Unit 3 |
| Greenwich, CT 06830 | Centerville, MA 02632 |
| Attn: Alisa Mumola | |
| Phone 203-862-8211 | |

**Claim No. 919 or $279,162.40**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____August 2, 2011_____
          Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Centerville Pie Company, a MASSACHUSETTS corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated July 28, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 28th day of July 2011.


(Assignor)
**CENTERVILLE PIE COMPANY**

By: /s/ Kristin Broadley
Name: Kristin Broadley
Title: President

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C., as manager

By: /s/ Janice M. Stanton
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
**WITNESS:**

By: /s/ Heidi Grinsell
Name: Heidi Grinsell
Title: _____

# Schedule A
# Centerville Pie Company

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Harry and David | 11-10885 | 279,162.40 | Unliquidated | 919 |

Initials:
Seller KB
Buyer [signature]