# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
In re                                                            :   Chapter 11
                                                                 :
HARRY & DAVID HOLDINGS, INC, *et al.,*                           :   Case No. 11-10884 (MFW)
                                                                 :
                          Debtors.                               :   (Jointly Administered)
                                                                 :
----------------------------------------------------------------x


## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Chapter Capital Management, LLC as assignee of Morpace, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Chapter Capital Management, LLC**<br>**As assignee of Morpace, Inc.**<br>200 Business Park Drive, Suite 306<br>Armonk, New York 10506 |

**Claim No. 923 or $96,900.00**


I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.


By:_____/s/ *Alisa Mumola*_____        Date: _____August 2, 2011_____
       Transferee/Transferee's Agent


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**CHAPTER CAPITAL MANAGEMENT, L.L.C., as assignee of MORPACE, INC.**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated August 1, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all the rights, title and interest in and to all claims of Assignor (the "Claim"), in the principal amount of $96,900.00, against Harry and David, (the "Debtor") in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware, case number 11-10885 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 1st day of August 2011.

(Assignor)
CHAPTER CAPITAL MANAGEMENT, L.L.C.

By: _____
Name: Peter Ca... 
Title: Managing Member

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Allison Carillo
Title: _____