UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :  Chapter 11
                                                               :
HARRY & DAVID HOLDINGS, INC, *et al.*,[1]                      :  Case No. 11-10884 (MFW)
                                                               :
        Debtors.                                               :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x  Re: Docket Nos. 278, 424, 596, 619 & 731

## ORDER GRANTING MOTION OF THE DEBTORS FOR AN ORDER (A) DETERMINING THAT THE FINANCIAL REQUIREMENTS FOR A DISTRESS TERMINATION OF THEIR DEFINED BENEFIT PENSION PLAN ARE SATISFIED; AND (B) APPROVING A DISTRESS TERMINATION OF THE PENSION PLAN

This matter coming before the Court on the Motion of the Debtors for an Order (A) Determining That the Financial Requirements for a Distress Termination of Their Defined Benefit Pension Plan is Satisfied; and (B) Approving a Distress Termination of the Pension Plan (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 363(b) of the Bankruptcy Code; the Court having reviewed the Motion and all related pleadings and evidence presented at a hearing before the Court (the "Hearing") and having heard the statements of counsel at the Hearing regarding the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216). The address of each of the Debtors is 2500 South Pacific Highway, Medford, Oregon 97501.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

CHI-1813506v3

THE COURT HEREBY FINDS AND CONCLUDES THAT:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Notice of the Hearing and the relief requested in the Motion was proper, timely, adequate and sufficient under the circumstances. No other or further notice of the Motion or the Hearing or the relief requested in the Motion and at the Hearing is necessary. A reasonable opportunity to object or be heard regarding the relief requested in the Motion and at the Hearing has been afforded to the parties affected by the relief requested in the Motion.

3. Based on the findings the Court set forth on the record at the Hearing, the Debtors satisfy the "Reorganization Test" of section 4041(c)(2)(B)(ii)(IV) of ERISA, 29 U.S.C. § 1341(c)(2)(B)(ii)(IV), with respect to the Pension Plan.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Termination of the Pension Plan is hereby approved pursuant to section 4041(c)(2)(B)(ii)(IV) of ERISA.

3. The Debtors are authorized to take any other action consistent with applicable law that is necessary or appropriate to give effect to this Order.

Dated: August ⁹⎯, 2011
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE